1  Ray K. Shahani, Esq. SBN 160,814
   Attorney at Law
2  Twin Oaks Office Plaza
   477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
   Telephone: (650) 348-1444
4  Facsimile: (650) 348-8655

COPY

5  Attorney for Plaintiff
   JEFFREY P. JOHNSON aka Fanatik J, an individual

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9  JEFFREY P. JOHNSON aka Fanatik J, an        Case No:
   individual
10                                              COMPLAINT FOR
                Plaintiff,                      COPYRIGHT INFRINGEMENT,
11                                              CONVERSION, INTERFERENCE WITH
       vs.                                      PROSPECTIVE ADVANTAGE AND
12                                              UNFAIR COMPETITION
   CMH RECORDS, INC., a California
13 corporation dba OCD INTERNATIONAL,           [28 U.S.C. §§ 1331, 1338, 1367, 1498]
   Vitamin Records, LLC, a California Limited
14 Liability Company and DOES 1 through 100,    [JURY TRIAL DEMANDED]
   inclusive,
15
                Defendants.
16

17

18

19                         **First Claim**

20      1.      Plaintiff JEFFREY P. JOHNSON aka Fanatik J, an Individual ("Fanatik J") for

21 his claims against defendants CMH RECORDS, INC., a California corporation dba OCD

22 INTERNATIONAL ("CMH"), Vitamin Records, LLC, a California Limited Liability Company

23 ("VR") and DOES 1 through 100, inclusive, alleges the followings:

24                    **Jurisdiction and Venue**

25      2.      This Court has subject matter jurisdiction over this Claim pursuant to 28 U.S.C.

26 §§ 1331, 1338, 1367, 1498, because, *inter alia*, this is an action which involves claims arising

27 under the U.S. copyright laws, as well as related state claims for unfair competition.

28      3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) and 1400

1  in that defendants, and each of therm, are subject to personal jurisdiction in this district and this

2  is the district in which acts of copyright infringement, conversion, interference with prospective

3  advantage, slander, wirefraud, RICO violations and unfair competition were committed. Venue

4  is also proper because Defendants' sell music in the form of computer downloads, CDs, tapes and

5  vinyl by mail, courier, direct sales and sales through other third party wholesale and retail

6  intermediaries, over the internet and into Northern California regularly and on a systematic basis.

7

8                                    **The Parties**

9        4.        JEFFREY P. JOHNSON  a.k.a. FANATIK J is an individual who resides in San

10  Mateo, California, in the music industry.

11       5.        Upon information and belief, defendant CMH RECORDS, INC. is a California

12  corporation with its principal address of business at 1800 Century Park E., 8th Floor, Los

13  Angeles, California and business mailing address at P.O. Box 39439, Los Angeles, California

14  90039.

15       6.        Upon information and belief, defendant OCD INTERNATIONAL is a record

16  label owned and run by CMH with its business mailing address the same as CMH's at P.O. Box

17  39439, Los Angeles, California 90039.

18       7.        Upon information and belief, defendant Vitamin Records, LLC is a California

19  limited liability company with its principal address of business at 2894 Rowena Avenue, Suite

20  A, Los Angeles, California 90030.

21       8.        Upon information and belief, both CMH and VR are commonly owned and

22  operated as they have common agent for service of process, Mr. Richard S. Grant and business

23  mailing address at P.O. Box 39439, Los Angeles, California 90039 and neighboring street

24  addresses. (Exhibit A)

25       9.        Upon information and belief, VR operates as a record label and a music retailer

26  that sells music in the form of CD, vinyl, tapes, download etc. via the business website

27  www.vitaminrecords.com. (Exhibit B)

28

1                                    **The Facts**

2          10.        In 2002, known as a local Musician, FANATIK J approached rap artist Keith

3     Thornton a.k.a. Kool Keith to record tracks of music recording in *a cappella* style. Fanatik J

4     developed all melodies and produced the entire recording. Kool Keith wrote lyrics and

5     performed in the recording. The sound recording was named "The Return of Doctor Octagon"

6     and was owned entirely by Fanatik J.

7          11.        Kool Keith is believed to have a record deal with VR and CMH to release his

8     follow up album of 1996 "Dr. Octagon" (later retitled "Dr. Octagonecologyst"). "Dr. Octagon"

9     was released by the Dreamworks record label and was a huge commercial success.

10         12.        During July of 2002, Vitamin Records, LLC ("VR") had been negotiating with

11    Fanatik J to purchase the ownership of "The Return of Doctor Octagon" sound recording.

12    According to a draft contract dated July 1, 2002, VR recognized Fanatik J's ownership of the

13    sound recording of "The Return of Doctor Octagon" and proposed to purchase the sound

14    recording and compensate Fanatik J in the form of royalty i.e. 3% of total sales of full price

15    records (Exhibit C). VR was planning to feature Fanatik J's sound recording in Kool Keith's

16    forthcoming CD, which is a follow up to the commercially successful "Dr. Octagon". Fanatik J

17    did not agree upon the proposed contract details and never signed the contract.

18         13.        Subsequently, during January of 2003, CMH Records, Inc. ("CMH"), which is

19    believed to have common operations as VR, again negotiated with Fanatik J for the purchase of

20    "The Return of Dr. Octagon" sound recording. According to the contract presented by CMH,

21    CMH again recognized Fanatik J's ownership of "The Return of Doctor Octagon" sound

22    recording and offered the purchase price of $3,000 (Exhibit D). Again, Fanatik J did not agree

23    upon details of the proposed contract and in fact never signed the contract.

24         14.        On March 20, 2006, Fanatik J caused to be filed an application for registration of

25    copyright for a sound recording application for the entire recording session of "The Return of

26    Doctor Octagon". The application is registered with effective date of registration of March 20,

27    2006 and Registration No. SRu617-746. Fanatik J is the sole author and owner of the copyright

28

1    registration. (Exhibit E)

2        15.     On June 27, 2006, CMH released the CD titled "The Return of Dr. Octagon" by

3    the artist Kool Keith. The CD features fourteen (14) tracks of music. Since the CD launch, it has

4    garnered rave review and commercial success and sales are believed to have reached thousands

5    of copies and millions of dollars.

6        16.     Appproximately five (5), or more or less subject to proof at trial, of the original

7    fourteen (14) tracks on the CD "The Return of Dr. Octagon" viz. Track Nos. 8, 9, 11, 12 and 13

8    all feature fragments of Fanatik J's original sound recording "The Return of Doctor Octagon".

9    Fanatik J was not informed by Defendants or Kool Keith of the use of his copyrighted sound

10   recording nor was Fanatik J compensated in any way by Defendants or Kool Keith for their use

11   of his sound recordings.

12

13                        **FIRST CAUSE OF ACTION**

14                         **(Copyright Infringement)**

15       17.     Plaintiff repeats and realleges Paragraphs 1 through 16 above, and incorporates

16   them herein by reference as if set forth in full.

17       18.     Plaintiff produced and is the sole owner of copyrighted sound recording "The

18   Return of Dr. Octagon".

19       19.     Defendants VR and CMH had knowledge that Plaintiff is the sole owner of the

20   sound recording "The Return of Doctor Octagon" and acknowledged this fact in two separate

21   written contracts with monetary offers.

22       20.     Defendants have intentionally and willfully copied significant and substantial

23   portions of plaintiff's copyrighted materials without authorization, permission, consent or

24   approval of plaintiff.

25       21.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 et seq., and secured

26   the exclusive rights and privileges in and to the copyright of the above-referenced work. Plaintiff

27   has been and still is the sole proprietor of all rights, title, and interest in and to the copyright in

28

his respective work as referenced above.

22.     Defendants' intentional and willful conduct, which includes sale of the CD "The Return of Dr. Octagon" and related products and services over retail stores and the internet and into California, violates the exclusive rights belonging to plaintiff as owner of the copyrights, including without limitation plaintiff's rights under 17 U.S.C. § 106.

23.     On information and belief, plaintiff alleges that, as a direct and proximate result of their wrongful intentional and willful conduct, defendants have realized and continue to realize profits and other benefits rightfully belonging to plaintiff. Accordingly, plaintiff seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505. Plaintiff Fanatik J has been damaged in an amount to be determined at trial which is in excess of the jurisdictional minimum of this Honorable Court, but is not less than $1,000,000.00.

24.     Defendants' intentional and willful infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiff in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the plaintiff with no adequate remedy at law.

25.     On information and belief, Defendants  CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive, have willfully engaged in, and are willfully and intentionally engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of plaintiff. Plaintiff contends that Defendants acted with full knowledge of the consequences and damage being caused to Plaintiff by their wrongful and fraudulent conduct, statements and omissions. Plaintiff are, therefore, entitled to the maximum statutory damages allowable and attorneys fees of at least $1,000,000.00.

26.     As a consequence of this dispute between the parties as to the rights, title and interest in the copyrighted materials described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, plaintiffs also seek a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

1

## SECOND CAUSE OF ACTION

2

### (Conversion)

3      27.      Plaintiff hereby repeats and realleges Paragraphs 1 through 26 above, and

4  incorporates them herein by reference as if set forth in full.

5      28.      Between July 2002 and June 2006, Defendants presumably contracted with a

6  production team by the name of One Watt Sun to produce the album "The Return of Dr.

7  Octagon". (Exhibit F) One Watt Sun eventually used a mix of the original sound recording by

8  Fanatik J with new materials by Kool Keith to complete the album "The Return of Dr. Octagon".

9      29.      At no time ever did Fanatik J give permission for any of defendants to access

10  and use the sound recording to produce an album.

11      30.      Upon information and belief, Defendants CMH RECORDS, INC., a California

12  corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited

13  Liability Company and DOES 1 through 100, inclusive, by and through their employees and

14  independent contractors, including One Watt Sun, gained access to the sound recording which

15  Fanatik J developed and owned. Defendants did not have permission to make copies of any part

16  of Plaintiff's sound recording, nor did any of Defendants ever have permission to copy,

17  reproduce, remix or use Plaintiff's sound recording.

18      31.      Until the time Defendants misappropriated and converted Plaintiff's sound

19  recording, Plaintiff was the sole, lawful possessor of the sound recording and no other entity was

20  entitled to its possession.

21      32.      Upon information and belief, Defendants intentionally and willfully converted

22  the sound recording to their own use by incorporating it into Kool Keith's CD "The Return of

23  Dr. Octagon", which is released by Defendants, without permission of Plaintiff. Defendants

24  exercised this right of ownership over the sound recording even though Defendants did not have

25  the right to do so.

26      33.      All rights of ownership to the sound  belong to Plaintiff. At no time did

27  Defendant have any right to take, copy, convert, or otherwise use Plaintiff's sound recording.

28

34.    Plaintiff has been damaged as a result of Defendant's conversion of Plaintiff's sound recording. Plaintiff has lost sales, time to approach buyers for the sound recording and eventually had to compete with his own work. Plaintiff is entitled to recover damages from Defendant for unlawful conversion of Plaintiff's property, which is at least $1,000,000.00.

## THIRD CAUSE OF ACTION

### (Interference with Prospective Advantage)

35.    Plaintiff hereby repeats and realleges Paragraphs 1 through 34 above, and incorporates them herein by reference as if set forth in full.

36.    Defendants knowingly used Plaintiff's copyrighted sound recording and contracted an outside party to remix, mask and alter the sound recording and include it in "The Return of Dr. Octagon" CD. Defendants intentionally did not credit Plaintiff's work and sound recording in any of the CD's packaging, marketing and publication materials. (Exhibit G).

37.    By engaging in the conduct of concealing Plaintiff's involvement in the commercially successful and critically acclaimed CD "The Return of Dr. Octagon", Plaintiff suffers damages in loss of opportunities in the music business and advancement in engaging in prospective record labels, producers, artists, etc. Plaintiff has been damaged in an amount to be determined at trial which is in excess of the jurisdictional minimum of this Honorable Court, but is not less than $1,000,000.00.

## FOURTH CAUSE OF ACTION

### (Unfair Competition )

38.    Plaintiff hereby repeats and realleges Paragraphs 1 through 37 above, and incorporates them herein by reference as if set forth in full.

39.    The Defendants, and each of them, conduct alleged above constitutes unlawful, unfair or fraudulent business practices in violation of California Business & Professions Code §§ 17200 et seq. Defendants induced Plaintiff into providing them with a copy of his copyright protected vocal recordings of Kool Keith with the implied promise that they would either compensate him for their use thereof or that they would refrain from using it. Defendants did

1    neither. After negotiations broke down, Defendants went ahead and published the music

2    originally recorded by Plaintiff, and failed to compensate Plaintiff in any way therefor.

3        40.        The Defendants, and each of them, have continuously engaged in intentional

4    and willful unfair trade practices and unfair competition against Plaintiff to Plaintiff's irreparable

5    damage in an amount to be proven at time of trial, but which is at least $1,000,000.00, as against

6    all Defendants, and each of them, jointly and severally.

7                        **ADDITIONAL CAUSES OF ACTION**

8        41.        Plaintiff Fanatik J reserves the right to amend the facts and allegations of these

9    pleadings as necessary and as indicated by the facts as revealed to Plaintiff through discovery

10    and as permitted by FRCP, the laws of this State and the United States, and as allowed under the

11    notions of fair play and substantial justice.

12                                **PRAYER**

13    Wherefore plaintiff demands judgment as follows:

14
15        1.        The Defendants, and each of them, be preliminarily and permanently enjoined

16    against infringement of said copyrights.

17        2.        The Defendants, and each of them, render an accounting for all profits from use

18    of the sound recording and CD by members of the public and from downloading of music tracks

19    which Defendants, and each of them, received by infringing said copyrights.

20        3.        Ordering an injunction permanently enjoining each of the Defendants

21    collectively and individually, their agents, directors, officers, servants, owners, shareholders and

22    employees, and all those in privity with the named Defendants from using the sound recording of

23    Fanatik J or any variant thereof in any manner, directly or indirectly, and from marketing,

24    advertising, labeling, promoting, exploiting, for music CD, or similar or related goods or

25    services, and from engaging in unfair competition against Fanatik J and from defaming Fanatik J

26    in connection with the providing of software coding products or services.

27        4.        Ordering an accounting of the gains and profits realized by the Defendants

28    collectively and individually from all the aforementioned wrongful acts;

5.      Requiring the Defendants collectively and individually to cause to be destroyed any material in their possession bearing a reproduction or remix of the sound recording or any variant thereof, including without limitation: signs, brochures, packages, wrappers, advertisements, flyers, testimonials, labels, invoices, fax cover sheets, computer files, electronic data, computers and computer servers, digital storage media, floppy disks, CDs, DVDs, and any other printed material.

6.      Awarding Fanatik J punitive damages from the Defendants collectively and individually to punish Defendants for their willful and reckless indifference to the rights of other exemplified by their willful misappropriation of Plaintiff's sound recording or any variant thereof and for the unfair competition practiced by Defendants against Plaintiff;

7.      Ordering Defendants, under 15 U.S.C. § 1116, to file with the Court and serve on plaintiff and its attorney(s) of record a report in writing under oath setting forth in detail the manner and form in which Defendants collectively and individually have complied with the terms of the judgment, and injunction; and

8.      For damages sufficient to compensate plaintiff for copyright infringement under 17 U.S.C. § 504, conversion, interference with prospective advantage, and unfair business practice, each in excess of $1,000,000.00.

9.      For damages for lost business profits, profoundly depressed financial situation resulting in adverse judgments, bad credit, lack of utilities, past due rent, other amounts past due and owing, and other costs to develop the sound recording "The Return of Doctor Octagon".

10.      For treble damages and for an award of special damages.

11.      For costs and reasonable attorney fees of the subject litigation and interest as allowable by law, including but not limited to pursuant to 17 U.S.C. § 505.

12.      For such other and further relief as the court may deem just and proper.

///

1    Respectfully submitted,

2                                RAY K. SHAHANI
3                                ATTORNEY AT LAW

    Dated: December 26, 2007    By:

4                                Ray K. Shahani, Esq.
5                                **Attorney for Plaintiff Fanatik J**

6

7                  **DEMAND FOR JURY TRIAL**

    Plaintiff JEFFREY P. JOHNSON aka Fanatik J hereby demands a jury trial pursuant to
8  Federal Rules of Civil Procedure 38.

9    Dated: December 26, 2007     By:

                                Ray K. Shahani, Esq.
10                               **Attorney for Plaintiff Fanatik J**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of SEP 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

### Corporation

CMH RECORDS, INC.

**Number:** C0750009          **Date Filed:** 7/9/1975          **Status:** active

**Jurisdiction:** California

### Address

2898 ROWENA AVE STE 201

LOS ANGELES, CA 90039

### Agent for Service of Process

RICHARD S GRANT

1800 CENTURY PARK E 8TH FL

LOS ANGELES, CA 90067

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of Oct 26, 2007 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

## LP/LLC

VITAMIN RECORDS, LLC

**Number:** 199930210019        **Date Filed:** 10/27/1999        **Status:** active

**Jurisdiction:** CALIFORNIA

### Address

2894 ROWENA AVENUE, SUITE A

LOS ANGELES, CA 90039

### Agent for Service of Process

RICHARD S. GRANT

11400 W. OLYMPIC BLVD., 9TH FLR

LOS ANGELES, CA 90064

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

EXHIBIT

*B*

Home >

Albums | Contact Us | About Us | Family

My Shopping Cart | Login/Sign Up



Albums          GO!

## About Us

**Vitamin Records** was formed in Los Angeles in 1999 to provide music lovers with high quality string quartet, lounge and electronic tributes to major pop and rock artists. Vitamin's mission is to offer fans exciting versions of their favorite songs performed in new musical contexts.

From the label's first album, "The String Quartet Tribute to Led Zeppelin" through lounge tributes to Ani DiFranco and Outkast and recent electronic explorations of the music of Tool and Kraftwerk, Vitamin has something to offer everyone among the label's 185 releases to date.

Vitamin works with the best string players and producers in the business guaranteeing the highest level of musicianship on all their releases. Listeners can expect bold and innovative treatments of their favorite artists' best-known songs as well as a few surprises on each album. Each tribute is a lovingly made testament to the enduring qualities of rock and pop's brightest and biggest stars.

The newly launched www.vitaminrecords.com web site showcases Vitamin's releases in an easy to navigate format that allows customers to purchase the products online. The label's albums can also be found in most retail stores around the country where CD's are sold.

Prepare to be surprised and inspired when you hear your favorite songs given the Vitamin treatment. Now that's good medicine!

String Quartet

Electronic

Piano

Industrial

Dance

Dub

Surf

Hawaiians

Lounge

Swing

Other Tributes

**Member**

**Member Email:**

**Password:**

Forget your password, click here!

Login

**My Shopping Cart**

No Item.

Term of Use/Conditions | Privacy | Security | Link With Vitamin Records.com

©2007Vitamin Records . All rights reserved.

EXHIBIT

*C*

*(handwritten)* Keith Thruy  Johnson  AKA 'fanatik'

# VITAMIN

P.O. Box 39439, Los Angeles, CA 90039-0439
Telephone: 323.663.8073
Fax: 323.669.1470

## Agreement dated as of July 1, 2002

The Parties:

Keith Thornton ("Artist")
5248 Alhambra Avenue
Los Angeles, CA 90032

Vitamin Records, LLC ("Label")
P.O. Box 39439
Los Angeles, CA 90039

Jeffrey Johnson a/k/a Fanatik ("Producer")
1443 N. Fuller Avenue, #316
Los Angeles, CA 90046

1.) Artist has engaged the production services of Producer to assist in the recording of master recordings created pursuant to the recording agreement between Label and Artist dated May 30, 2002 (the "Artist Agreement"). Master recordings which have been recorded by Producer are hereinafter referred to below as the "Masters."

2.) Although the Artist Agreement requires Artist to pay for the services of Producer, Artist, Producer and Label hereby agree that Label will make the following payment(s) to Producer for Producer's services on Artist's behalf:

   a) An advance of $3,000.00 (three thousand dollars) payable to Producer. Said advance shall be recoupable by Label from all monies and/or royalties becoming payable to Producer (if any). Further, said advance to Producer shall be deemed to be a recording cost under the Artist Agreement and shall be fully recoupable from any royalties payable to Artist under the Artist Agreement.

   b) A royalty to Producer of three percent (3%) shall be calculated on net sales of "full price" records which are manufactured solely from said Masters and which are sold by Label and such royalty shall be computed and paid in the same manner as the royalty payable to Artist under the Artist Agreement, at the same times, and subject to the same conditions, deductions and reductions. With respect to records sold which contain said Masters along with other master recordings, the royalty to Producer shall be the otherwise applicable royalty multiplied by a fraction, the numerator of which is the number of said Masters contained on the record concerned and the denominator of which is the total number of master recordings contained on the record concerned. With respect to sales for which reduced royalty rates are applicable under the Artist Agreement (including but not limited to sales of midline, budget and premium records, record club sales, foreign sales, etc.), the royalty to Producer shall be reduced by the same proportion that the royalty to Artist is reduced under the Artist Agreement. With

respect to said Masters and/or records embodying said Masters licensed to third parties, the royalty to Producer shall be the same proportion of the royalty payable to Artist for such third party licenses as three bears to twelve and one half. The royalty to Producer shall not be escalated for any reason. Artist understands and agrees that the amount of the royalty payable to or accruing to the benefit of Producer will be deducted and recoupable from all royalties payable or becoming payable to Artist under the Artist Agreement (excluding mechanical royalties).

c) The royalty to Producer will not be payable until Label has recouped all recording costs under the Artist Agreement. Further, the royalty to Producer shall not be payable unless and until all advances to Producer have been fully recouped from the royalty to Producer earned hereunder.

3.) All monies becoming payable to Producer under this agreement will be remitted to Producer at Producer's address noted above. Producer's Social Security number is: 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.

4) Producer hereby acknowledges that he has read this agreement and agrees to its terms and conditions and hereby makes the following warranties and representations:

    a. Producer has received and read a copy of the Artist Agreement and understandstands how it relates to this agreement and to Producer;

    b. Label is the sole owner of the Masters;

    c. Producer will provide to Label the Masters and copies thereof in formats of Label's choosing.

5) Label, Artist and Producer agree that with respect to Masters used on the album "The Return of Dr. Octagon," Producer shall receive a credit on said album for Producer's vocal recording services and for Producer's studio services as follows: FANATIK PRODUCTIONS.

Accepted and Agreed:      Accepted and Agreed:      Accepted and Agreed:
("Artist")              ("Producer")          ("Label")

By: _____   By:_____   By:_____
Keith Thornton            Jeffrey Johnson       An authorized signatory

**EXHIBIT**

tabbies

D

# MASTER PURCHASE AGREEMENT

This agreement is made effective as of January 17, 2003, and is entered into by and between **Jeffery Johnson a/k/a Fanatik** ("Artist") of **1436 North Martel #316, Hollywood, California 90046**, and **CMH Records, Inc.** ("Company"), of **P.O. Box 39439, Los Angeles, CA 90039** with regard to the following facts:

**WHEREAS,** Artist owns the master recordings described as **"Sixteen (16) 'Clean' with no effects, A Cappella's as performed by Kool Keith** (the "Masters"); and

**WHEREAS,** Artist is the owner of the following in connection with the Masters:

      i)      all of the copyrights in and to the Masters;

      ii)      all of the master tapes (final fully mastered digital masters, multi-track tapes/discs, 2 track tapes/discs, etc.); computer discs containing sound files.

**WHEREAS,** Artist desires to sell to Company, and Company desires to purchase from Artist, under the terms and conditions set forth in this agreement, the Masters, the copyrights in and to the Masters, and all the materials related to the Masters described above.

**NOW, THEREFORE,** in consideration of the terms and conditions contained herein, Company and Artist agree as follows:

1.      On the terms and conditions set forth herein, at the Closing (as defined below), Artist shall sell, assign, transfer, convey and deliver to Company, and Company shall purchase from Artist, for the Purchase Price (as defined herein) the Masters, the copyrights in and to the Masters, and all the materials related to the Masters.

2.      Time of the Closing: The consummation of the transactions contemplated by this agreement as set forth herein shall take place *immediately* after execution of this agreement (the "Closing")

3.      The Purchase Price: In consideration of Artist's sale of the Masters, the copyrights in and to the Masters and the materials related to the Masters to Company, and other covenants and agreements hereunder, and in reliance upon Artist's representations and warranties herein, Company shall pay to Artist the purchase price of **Three Thousand Dollars ($3,000.00)** (the "Purchase Price"), which shall be payable concurrently with Closing. Artist shall provide to Company with all legal agreements, mechanical licenses and paperwork which relates to the Masters.

4.      <u>Warranties and Representations - Artist:</u>  Artist warrants and represents that:

      a.      With respect to any and all records sold by Artist (or any distributor, affiliate or licensee of Artist) which embody the Masters and any other exploitation by Artist (or any distributor, affiliate, subsidiary or licensee of Artist) of the Masters, any and all royalties which may be payable (including by not limited to royalties to Artist and mechanical royalties) have been or will be paid in full by Artist; including but not limited to those sales made by Artist subsequent to the most recent accountings;

b.      With respect to the Masters, all of the obligations of Artist have been or will be fulfilled and all monetary obligations of Artist have been paid or will be paid in full by Closing. All costs have been or will be paid in full by Artist with respect to the recording, production and mastering of the final Masters;

c.      The Masters are the sole and exclusive property of Artist and are entirely free of any liens, have not been sold, assigned, licensed, or pledged to a third party, are free of any claim by a third party who may have contributed his services in the creation of the Masters, and all necessary licenses related to the Masters (e.g., mechanical licenses) have already been obtained;

d.      There are no other royalties or compensation of any kind payable to any party with respect to the exploitation of the Masters;

e.      Artist has the right to enter into this agreement.

5.      Artist agrees and acknowledges that, effective as of Closing, Company shall own and shall have the entire right, title and interest of whatsoever kind or nature throughout the world in and to each of the Masters, including but not limited to:

a.      The exclusive and perpetual ownership of the Masters and all duplicates thereof and all sound recording copyrights therein and records manufactured therefrom and the right to use and control the same and performances embodied therein in perpetuity. If Artist has already filed a copyright form claiming authorship in the Masters, it will cooperate in any copyright assignment form or other necessary documentation to effectuate the transfer in ownership in a prompt and timely manner;

b.      The exclusive and perpetual right throughout the world to manufacture, advertise, sell, lease, license or otherwise use or dispose of the Masters, and/or records manufactured from or embodying all or any part of the contents of the Masters or to refrain therefrom in any and all fields of use throughout the world upon such terms and conditions as Company may approve. As used in this agreement, the noun "record" means any device by which sound may be recorded for later transmission to listeners, whether now known or unknown and howsoever used, whether embodying sound alone or sound synchronized with or accompanied by visual images;

c.      i) The perpetual right to use and publish and to permit others to use and publish the name(s), including professional name(s) heretofore, now, and hereafter used by Artist and biographical material concerning Artist and signature and likenesses of Artist, for advertising and trade purposes in connection with the sale and exploitation of records produced from the Masters, in connection with any other uses/exploitations of the Masters, and in connection with Company's record business, or to refrain therefrom.

ii) The perpetual right to use and publish and to permit others to use and publish the name(s), including professional name(s) of the other artists, musicians and/or vocalists whose performances are embodied in the Masters and biographical material concerning said parties and signature and likenesses of said parties, for advertising and trade purposes in connection with the sale and exploitation of records produced from the

Masters, in connection with any other uses/exploitations of the Masters, and in connection with Company's record business, or to refrain therefrom.

iii) At the request of Company, Artist shall provide to Company photographs of Artist within 15 days of Company's request. Artist warrants and represents that any such photographs provided to Company shall be fully cleared for reproduction and use by Company and Company's affiliates, partners and licensees.

d.      The right to release records and the right to permit others to release records manufactured from the Masters under Company's labels or trademarks, or such other tradename(s) or mark(s) as Company may elect.

e.      The right to sell and exploit records manufactured from the Masters on which the performances recorded by other artists are coupled and to sell records manufactured from the Masters in albums which albums may contain pictures, prose and verse and records embodying performances recorded by other artists;

f.      The right to sell and exploit records manufactured from Masters jointly recorded with other artists.

6.      There will be no royalties payable whatsoever in regards to the Masters.

7.      Artist recognizes that the sale of records is speculative and agrees that the judgment of Company with respect to matters affecting the sale, distribution, marketing and exploitation of such records shall be binding upon Artist. Nothing contained in this agreement shall obligate Company to make, sell, license, market or distribute records manufactured from Masters hereunder.

8.      No breach of this agreement by either party shall be deemed material unless written notice of said breach is sent to the alleged breaching party specifying the nature thereof, and the alleged breaching party fails to cure such breach, if any, within thirty (30) days after receipt of such notice. All notices to be given to Artist hereunder and payment to be sent to Artist hereunder shall be addressed to Artist at the address set forth on page 1 hereof or at such other address as Artist may designate in writing from time to time. All notices to be given to Company hereunder shall be addressed to Company at the address set forth on page 1 hereof or at such other address as Company may designate in writing from time to time. All notices shall be in writing and shall either be served by personal delivery (provided that a written receipt shall be obtained indicating that such delivery was made), or registered or certified mail (return receipt requested). Except as otherwise provided herein, such notices shall be deemed given when personally delivered or mailed, all charges prepaid, except that notices of change of address shall be effective only after the actual receipt thereof.

9.      Artist hereby indemnifies and holds Company harmless with respect to all claims and causes of action, and all costs and damages which may be assessed against Company (including attorneys' fees) as a result of any breach, or alleged breach, of Artist's warranties and representations.

10.      Payment(s) to Artist shall be made payable to one (1) party or business entity.  Artist hereby designates such party/business entity to be: Jeffery Johnson, Social Security Number 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.

11.      This agreement shall be deemed to have been made in the State of California and its validity, construction, performance and breach governed by the laws of the state applicable to agreements made and to be wholly performed there.  Company shall have the irrevocable right to assign this agreement and/or any of Company's rights hereunder.  Artist has had the opportunity to review this agreement with their attorney prior to signing.

12.      Company hereby warrants and represents that Jeffery Johnson a/k/a Fanatik shall be listed on the album credits regarding, solely, the Masters licensed herein.

ACCEPTED AND AGREED:          ACCEPTED AND AGREED:
(Company)                    (Artist)

By: _____      By: _____

                                                  Print Name: _____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGIS

**SRu 617–746**

*#SRU000617746#*

SM

EFFECTIVE DATE OF REGISTRATION

3 — 20 — 06

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

THE RETURN OF DOCTOR OCTAGON

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2** a   NAME OF AUTHOR ▼

JEFFREY PETER JOHNSON

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
2-24-1970

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**  ALL Sound RECORDINGS

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

c   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006   ◀ Year   This information must be given in all cases.

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶       Day ▶       Year ▶
◀ Nation

**4** a   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

980 HAYNE RD
JEFFREY PETER JOHNSON

See instructions before completing this space.

b   TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 20 2006
ONE DEPOSIT RECEIVED
MAR 20 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b** JEFFREY PETER JOHNSON
900 HAYNE RD
HILLSBOROUGH, CA 94401
Area code and daytime telephone number 650-344-5532          Fax number
Email ADMIN@FANATIKJ.COM

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▼
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JEFFREY PETER JOHNSON                    Date 3- -2006

Handwritten signature (x) ▼
X _Jeffrey P. Johnson_

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ JEFFREY P. JOHNSON<br><br>Number/Street/Apt ▼ 900 HAYNE RD.<br><br>City/State/ZIP ▼ HILLSBOROUGH, CA 94401 |
|---|---|

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000 Web Rev: July 2003  ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,020



NAVIGATE SI



Kool Keith AKA Dr. Octagon, is most renowned for being in the seminal, old school NYC hip hop trio, Ultramagnetic MCs. Hailing straight out of the mean side of the Bronx, Kool Keith has redefined the conventional hip hop styles and introduced a warped, bizarre take on the genre. Always one to court controversy, Kool Keith records under many guises, often confusing and surprising his audience.

Kool Keith's early career and lyrics with the Ultramagnetic MCs often made use of his growing reputation as a somewhat unstable character, and onetime patient of Bellevue, a psychiatric hospital, where he was treated for depression.

Teaming up with Dan "the Automator" Nakamura under the name Dr. Octagon, Keith again reinvented his image, recording the self-titled 'Dr. Octagon' album (later reissued under the title 'Dr. Octagonecologys't) that was released by Mo' Wax.

Finally, back again to shock and thrill us after years out in the wilderness, Dr. Octagon, goes straight for the jugular with the release of his highly anticipated new album, 'The Return of

ARTIST:The Return Of Dr. Octagon

TITLE: The Return Of Dr. Octagon

LABEL: OCD International

RELEASE DATE: June 27 06



click to download CD cover

**TRACK LISTING:**

OUR OPERATORS ARE MASTURBATING

TREES

ALIENS

ANTS

DON_T WORRY MZ POP MUSIC

PERFECT WORLD

THE TURTLE SKIT

AL GREEN

A GORILLA DRIVING A PICK-UP TRUCK





MYSPACE.COM/DR.O

LABEL:

DOWNLOAD THE ART'I

WANT WORLD'S FAIR ANNOUNCE

NAME:

EMAIL:

*Dr. Octagon*'. Spliced and diced together by the man, **Kool Keith**, himself and slickly produced by clued up production trio, **One Watt Sun**, this looks set for some playlist domination.

GOT ANY KIDS_

DOCTOR OCTAGON ✓

IT'S THE MORNING ✓

JUMPSTART ✓

EAT IT

The **One Watt Sun** collective, (consisting of John, Ben and Simon) were brought on as the producers. They recorded '*The Return of Dr. Octagon*' in a twelfth century turret in the old quarter of Prague, as well as Byron Bay and Melbourne in Australia, and also at **One Watt Sun's** current studio space in Berlin. Their musical style as showcased via the new Dr Octagon record is like a morphing twisted intelligent organism, an animal yet to be named. They enlisted the additional talents of **DJ Dexter** (the Avalanches) for the Egyptian scratch flavour of Ants and **Princess Superstar** who features on the song "*Eat It*".

# Kool Keith

From Wikipedia, the free encyclopedia
(Redirected from Dr. octagon)

**Keith Matthew Thornton**
(born c. 1964), better known as
**Kool Keith**, is an American hip
hop artist and record producer.

## Contents

- 1 Career
- 2 Discography
  - 2.1 With
    Ultramagnetic
    MCs
  - 2.2 With Ultra
    (Kool Keith and
    Tim Dog)
  - 2.3 As Dr.
    Octagon
  - 2.4 Cenobites
    (with Godfather
    Don)
  - 2.5 As Dr.
    Dooom
  - 2.6 With Analog
    Brothers
  - 2.7 As Kool
    Keith
  - 2.8 With
    Kutmasta Kurt
  - 2.9 With Nancy
    Des Rose

| Kool Keith | |
|---|---|
| **Birth name** | Keith Matthew Thornton |
| **Also known as** | Dr. Octagon, Dr. Dooom, Mr. Nogatco |
| **Born** | 1964 |
| **Origin** | The Bronx, New York |
| **Genre(s)** | Hip-hop |
| **Occupation(s)** | MC, Producer |
| **Instrument(s)** | Vocals, Rapping, Keyboards, Bass, Vox Organ |
| **Associated acts** | Ultramagnetic MC's<br>Analog Brothers<br>Ultra<br>Cenobites<br>Masters of Illusion<br>TOMC3<br>KHM<br>Ice T<br>Princess Superstar<br>The Prodigy |
| **Website** | KoolKieth.Co.UK (http://www.koolkeith.co.uk/) |

- 2.10 With Thee Undatakers
- 2.11 With KHM
- 2.12 With Siamese Sex Show
- 2.13 As Mr. Nogatco
- 2.14 With TOMC3
- 2.15 Guest appearances
- 3 Videos
- 4 Performance aliases
- 5 Trivia
- 6 External links

# Career

An original member of New York's new school pioneers the Ultramagnetic MCs, Thornton is best known as a solo rapper. His signature style is stream-of-consciousness lyrical flow and complex vocals, two skills that earn him a perennial nod from the underground hip-hop community. The average Kool Keith album is peppered with bizarre, disjointed, and disassociated themes, concepts, and references. Nearly all of his albums incorporate a satirical dislike for more commercialized strains of hip-hop, as well as major record labels.

Thornton's early career and lyrics with the Ultramagnetic MCs often referenced his time as a patient of Bellevue, a psychiatric hospital, where he was treated for depression. He later claimed this was an inside joke. (Claims of Keith Matthew Thornton being committed to Bellevue have been authenticated.) With Ultramagnetic, his abstract style developed, maturing in songs like "Poppa Large." He was probably the first rapper to create multiple aliases for himself. Keith attempted to go solo at least twice in 1990 and 1992, the latter hiatus affording Keith the time to record several tracks later featured on The Cenobites LP. After Ultramagnetic broke up for good in 1994, he moved to California and landed a deal with Capitol Records for a solo album. After changes at label left the project unreleased, Thornton won back rights to the

tapes and released the Big Willie Smith EP in 1995. Production duties were split between Kutmasta Kurt and Ultramagnetic's TR Love and Moe Luv. Around this time, Kutmasta Kurt also produced tracks featuring Keith's new alias, Dr. Octagon. Another Bay Area producer, Dan "the Automator" Nakamura, then a friend of Kurt, took over the majority of the production for what became *Dr. Octagonecologyst*, which was released by the English trip hop label Mo' Wax. DJ Qbert was also a major contributor to the album's sound, employing scratch techniques previously unheard on a rap album. The album received critical acclaim, including from media sources outside the mainstream hip-hop community. The critical success of the album helped to open the accessibility of the underground hip hop scene to an appreciative audience. The album is considered a landmark in the acid rap genre. For the Automator, this album laid the foundation for a burgeoning career and accolades as a producer; for Thornton, the success of *Octagonecologyst* seemed to put him in danger of being typecast as a "space and Mars" rapper, or an industry tool, which he has looked down upon throughout his career. *Instrumentalyst*, showcasing the production, became a surprise success.

In 1996, Keith revealed in an interview that he was working on the next Dr. Octagon album. Tracks were also recorded with Automator under the Big Willie Smith moniker which were not released until Automator's 2000 *A Much Better Tomorrow* LP. Eventually the Big Willie Smith alias was changed to Willie Biggs, possibly as a reaction to Will Smith's *Big Willie Style* album, and this is the moniker used on Keith's first true solo release, 1997's *Sex Style*, although a few references to Smith remain.

Thornton released an album with Tim Dog in 1997 under the name "Ultra." This album was also mostly produced by Kutmasta Kurt, and introduced Thornton's Reverend Tom alias. Also in 1997, he appeared on the track "Diesel Power" from The Prodigy's album *The Fat of the Land*. He is credited in the liner notes as Kool Keith.

Frustrated with Automator's ultimate control over the project and limits of his new image, Thornton abandoned the "Octagon" character, who was literally killed off in the introduction to his next album, *First Come, First Served*, by his new persona, Dr. Dooom. This album focused on his "horror-core" material, which first appeared on the Cenobites LP. He released an instrumental version of this and other post-*Octagon* albums.

Released soon after the independent *First Come First Served* was the major-label effort *Black Elvis/Lost in Space*, (they were intended to be released simultaneously) which featured Thornton finding yet another persona in Black Elvis. While the Dr. Dooom record was produced with the minimalist beats and production work of Kutmasta Kurt, *Lost In Space* featured much more complex lyrical stylings and deeper,

multi-layered tracks Thornton developed with a host of collaborators. The dichotomy effectively split the Dr. Octagon character in two, Dooom representing the horror elements and Black Elvis handling sci-fi duties. In the liner notes to the *Black Elvis* album, released by Columbia/Ruff House, he even calls out his "twin brother" Dr. Dooom, saying "you need to get with a major, buddy."

Thornton played Crazy Lou, a gun dealer and former Marine who was, "dishonorably discharged for sexual misconduct with a deadly weapon," in Prince Paul's 1999 "hip-hopera" *A Prince Amongst Thieves.*

In 2000, Thornton released *Matthew*, which included the wide anti-label rant "Test Press". He produced the entire album, except for "Backstage Passes", which was done by Kutmasta Kurt, who also provided additional drums programming.

Teaming up with Detroit's Esham, Thornton released *Spankmaster* in 2001. With Esham and Thornton handling production, it was the first Kool Keith album with no involvement by Kutmasta Kurt, who had reportedly turned down an offer to produce it. It was met with indifference by critics and fans alike, many complaining about its low budget sound and recycled themes.

Subsequent collaborations have included Masters of Illusion, Clayborne Family, the Analog Brothers and Thee Undatakerz, who have collaborated with members of the Wu Tang Clan to produce the soundtrack to *Blade: Trinity*. Thornton later disowned the Undatakerz project. He also appeared with Ol' Dirty Bastard on the compilation album *WWF Aggression*, on a song featured as a tribute to World Wrestling Entertainment (WWE) superstar Mankind. He is also a well-known favorite of Princess Superstar, and has collaborated with her on several tracks.

Thornton and Kutmasta Kurt then revived their "Diesel Truckers" aliases, first used on the *Dr. Dooom* album, for a fairly well received 2004 LP, their first to be released as a "Kool Keith Featuring Kutmasta Kurt" album.

In early 2006, Thornton contributed to "Getaway", a track for former Faith No More vocalist Mike Patton's *Peeping Tom* album (released June 30, 2006).

The Dr. Octagon character was resurrected in 2006, engendering some confusion and controversy. Apprarently, in 2002 Thornton briefly considered releasing another Dr. Octagon album and hastily tried to secure a record deal for it. Allegedly friends went through a phone book of record labels from A-Z, sending off offer faxes to find a buyer. When they got to C, namely 'CMH', they received and accepted an offer, and

the album was commissioned. Thornton then collaborated with unknown guitarist/producer Fanatik J. However, the album they submitted was turned down by CMH due to its poor quality, and CMH insisted it was remade. A production team by the name of One Watt Sun, made up of two Australians and one American, remixed one of the vocal accapellas recorded during the Fanatik J sessions, and the result was the track "Perfect World". Impressed CMH gave One Watt Sun the Job of remaking the album. They used a mix of vocals recorded during these original sessions with Fanatik J, along with three songs recorded later with Thornton. The album has a strong futuristic dance edge to it, out of step with the more organic production of the first album. Thornton has gone on to say "This ain't the record I did, It was totally new music. I was really pissed off about people wanting me to go out and tour and do these songs."(read it here: http://www.eastbayexpress.com/2006-09-27/music/kool-keith-cd-scam-exposed/full). Kool Keith hadn't performed any versions of the songs while on tour until 2007, when he performed remixed versions. Keith and Fanatik J had a falling out over contract rights. Keith states "He got greedy. He went out of his level of producer's ranking. Maybe he thought he was an overnight Quincy Jones, that he was the Automator." Amazingly, Keith doesn't hate the OCD album but feels it may damage his musical reputation. Apparently Thornton has yet to be paid for duties according to www.eastbayexpress.com who conducted a very insightful interview.

Two other 2006 LPs were somewhat overshadowed by the Dr. Octagon fiasco, released under the Project Polaroid and Mr. Nogatco monikers. These albums, particularly Project Polaroid, ironically sounded far closer to the original Dr. Octagon album than its alleged sequel. Both albums also featured a sci-fi theme.

In early 2007 it was announced by Threshold Recordings that a sequel to the 1999 Dr. Dooom album would be released, in addition to a collection of Sex Style outtakes. Also, an album under the alias Tashan Dorrsett is set to be released on DJ Junkaz Lou's Junkadelic Music label in late 2007.

Ultramagnetic MC's released their first new studio album since 1993, *The Best Kept Secret*, on January, 9, 2007 on Oglio Records. Critical response was muted and the album had lackluster sales.

# Discography

## With Ultramagnetic MCs

*See Ultramagnetic MCs discography.*

## With Ultra (Kool Keith and Tim Dog)

- *Big Time* (1996)

## As Dr. Octagon

- *Dr. Octagonecologyst* (1996) originally titled *Dr. Octagon*
- *Instrumentalyst* (1996)
- *Return of Dr. Octagon* (2006)
- *Trees (Single)* (2006)

## Cenobites (with Godfather Don)

- *The Cenobites LP*

## As Dr. Dooom

- *First Come, First Served* (1999)
- *First Come, First Served (Instrumental)* (2000)

## With Analog Brothers

- *Pimp to Eat* (2000)

## As Kool Keith

- *Sex Style* (1997)
- *Black Elvis/Lost in Space* (1999)
- *Matthew* (2000)
- *Matthew (Instrumental)* (2000)
- *Spankmaster* (2001)
- *The Lost Masters* (2003)
- *The Personal Album* (2004) (only 500 copies released)
- *Official Space Tape* (2004)
- *Lost Masters 2* (2005)
- *The Commi$$ioner* (2006) (only 500 copies released)
- *Collabs Tape* (6/27/2006)

- *The Commi$$ioner 2* (2007) (only 1100 copies released)

## With Kutmasta Kurt

- *Masters of Illusion* (2000)
- *Masters of Illusion Instrumentals* (2001)
- *Diesel Truckers* (2004)
- *Diesel Truckers: Instrumental* (2004)

## With Nancy Des Rose

- *White Label Mix Series Volume I* (2004) (only 1000 copies released)

## With Thee Undatakers

- *Kool Keith Presents Thee Undatakers* (2004)

## With KHM

- *Game* (2002)
- *Clayborne Family* (2004)

## With Siamese Sex Show

- *Siamese Sex Show* (2005)

## As Mr. Nogatco

- *Nogatco Rd.* (2006)

## With TOMC3

- *Project Polaroid* (2006)

## Guest appearances

- *A Better Tomorrow*, re-released as A Much Better Tomorrow.
- *Road Kill*, by Groove Terminator on track *You Can't See*.

- *Power in Numbers*, by Jurassic 5 on track *DDT*.
- *Venomous Villain*, by MF Doom on track *Doper Skiller*
- *Porn Again*, by the Smut Peddlers on track *Stank MCs*

# Videos

- *Global Enlightenment: Part 1*, (2005), by Pixelated Ideas

# Performance aliases

**Keith Matthew Thornton** is Kool Keith's real name. Known for creating a gang of characters, Keith has written and performed under many pseudonyms.

This list is quoted from KoolKeith.Co. Uk.[1] (http://www.koolkeith.co.uk/personas.html) [2] (http://www.koolkeith.co.uk/index_data/news_data/aliases.html)

- Kool Keith: His rapper name.
- Keith Turbo: He used this alias for the Keith Turbo track from the Black Elvis/Lost In Space LP.
- Keith Televasquez: He used this alias on Clifton with Motion Man on the Black Elvis/Lost In Space LP.
- Keith Korg: His Analog Brothers alias.
- Matthew: Keith's middle name and alias for a full LP.
- Dr. Sperm: Known to be his first alias as a rapper.
- Dr Octagon: ...
- Dr. Ultra: He was Dr. Ultra in the "Five Deadly Venoms" Sprite commercials.
- Dr. Dooom: He created this character with sick rhymes and a goal of killing Dr. Octagon.
- Black Elvis: Dr. Dooom's twin. Created for the Columbia Records album
- Poppa Large: A big shot rapper on the East Coast
- Mr. Green: He used this alias on the back cover of Ultra's Big Time LP.
- Mr. Gerbik: The dangerous 208 year old uncle of Dr. Octagon. Half shark-alligator, half man.
- Orange Man: This was one of his characters in the Livin' Astro video.
- MC Baldylocks: Unknown right now.
- The Fourth Horseman: He considered himself The Fourth Horseman on the Ultramagnetic MC's Four Horsemen LP.
- Blonde Man: He referred to himself as Blonde Man in the liner notes of the

Black Elvis/Lost In Space LP.

- **Clean Man:** This was an alias he used back when hiphopsite.com ran koolkeith.com.
- **Shark Man:** Another name for Mr. Gerbik.
- **Tommy Ellis:** A cross between Tommy Hilfiger and Perry Ellis. Used the name in an interview on The Wake Up Show circa 1996.
- **Elephant Man:** From 1996 to 1998 he always said he planned on releasing an album under the alias Elephant Man.
- **Alien Man:** This was an alias he used back when hiphopsite.com ran koolkeith.com.
- **Jimmy Steele:** He referred to himself as Jimmy Steele in the liner notes of the Black Elvis/Lost In Space LP.
- **Willie Biggs:** He used this alias in the track Still The Best from the Sex Style LP. He also used it on the back cover of Ultra's Big Time LP.
- **Big Willie Smith:** He released a limited EP with the Beat Terrorists under this alias.
- **Willie Natural:** This was an alias he used back when hiphopsite.com ran koolkeith.com.
- **Reverend Tom:** He first used this alias on the track Fat Lady from Ultra's Big Time LP and later used it on Thee Undatakerz LP.
- **Mike Stanley:** He uses this alias in DJ Spooky's Riddim Warfare LP.
- **Larry Lopez:** He used this name with Heather Hunter for "Toot Toot Hey Beep Beep".
- **The X:** He used this name on the inside cover of the Ultramagnetic MC's Four Horsemen LP.
- **Rhythm X:** He first used this alias in the track Funk Radio from Ultramagnetic MC's Funk Your Head Up LP.
- **X-Caliber:** He first used this alias in the track Funk Radio from Ultramagnetic MC's Funk Your Head Up LP.
- **X-74:** He used this alias in the song "*Kick a Dope Verse*" by The Cenobites.
- **Fly Ricky the Wine Taster:** This was an alias he used back when hiphopsite.com ran koolkeith.com.
- **Rico from Puerto Rico:** This was an alias he used back when hiphopsite.com ran koolkeith.com.
- **Funk Igniter Plus:** He first used this alias in the track Funk Radio from Ultramagnetic MC's Funk Your Head Up LP, and he still uses this alias.
- **Robbie Analog:** He used this alias to make fun of the RZA (*Bobby Digital*) on the inside cover of Dr. Dooom's LP.
- **Sinister 6000:** Kool Keith's brother. He used this alias on Automator's *A Better Tomorrow*.

- Crazy Lou: He used this name as the guns and ammo salesman in Weapon World from Prince Paul's *A Prince Among Thieves*.
- Lonnie Hendrex: This was one of his characters in the Livin' Astro video.
- Light Blue Cop: This was one of his characters in the Livin' Astro video.
- The Kid in the Commercial: This was one of his characters in the Livin' Astro video.
- Joe Kingpin: He used this alias in the track Still The Best from the Sex Style LP.
- Black Linen: He used this alias in the track Silk Suit, Black Linen from the Masters of Illusion LP. Motion Man was Silk Suit.
- Elvin Presley: He gave away cards at concerts. The cards had a picture of him with the name Elvin Presley.
- Deli Boy: He was called Deli Boy in the comedy/porn "Sex For Life Too".
- Sk88 Johnson: He used this alias in the Bootleg Skater videos.
- Platinum Rich: One the Diesel Truckers, along with The Funky Redneck.
- Exotron Geiger Counter Plus One Megotron: He used this alias on Marley Marl In Control in 1989. He also used a longer version. He also used this alias in Ultramagnetic MC's track Traveling At The Speed Of Thought.
- Activity: This was his name when he was with the NYC Breakers
- Exxon: He gave away cards at concerts. The cards had a picture of him with the name Exxon.
- Captain Kool: This was an alias he was supposed to use according to Liveonerecords.com.
- Captain Black: This was an alias he was supposed to use according to Liveonerecords.com.
- Exotron Geiger Counter One Gama Plus Sequencer: He used this alias on Marley Marl In Control in 1989. He also used a shorter version.
- Robert Perry: He used this alias for the track Robert Perry from his Lost Masters LP.
- John Clayborne Cousin of Jimmy Hicks: He used this alias on the Clayborne Family LP with Marc Live and Jacky Jasper.
- Mr. Nogatco: Released an album under this name with Izreal.
- Tashan Dorrsett: Supposed to release an album under this name with DJ Junkaz Lou.
- Naquan aka Underwear Pissy: Alias on the new Ultramagnetic MC's album, "The Best Kept Secret".
- BiLL BLaSS: on Nancy des rose 27 Teams. "coming out here for the awards and $^it go back home".

# Trivia

- In the Buckethead album released in 2006 called *The Elephant Man's Alarm Clock*, the song called "Oakridge Cake" is a tribute to Kool Keith.

# External links

- Kool Kieth fan site (http://www.koolkeith.co.uk/)
- Kool Keith (http://allmusic.com/cg/amg.dll?p=amg&sql=Kool+Keith&opt1=1) at All Music Guide
- FanatikJ & Kool Keith - Return Of Doctor Octagon the Fanatik J version (http://www.returnofdoctoroctagon.com/)
- www.ultrakeith.net (http://www.ultrakeith.net/)
- Mr. Nogatco Album Information (http://www.nogatco.com)
- Kool Keith - Who he's worked with + discography (http://www.therapcella.com/pages/artists/1554.htm)
- AllMusic Page (http://www.allmusic.com/cg/amg.dll?p=amg&sql=11:hifqxq9hldde~T0)

Retrieved from "http://en.wikipedia.org/wiki/Kool_Keith"

Categories: Articles lacking sources from October 2007 | All articles lacking sources | All articles with unsourced statements | Articles with unsourced statements since May 2007 | 1964 births | Living people | African American musicians | American bass guitarists | American rappers | American songwriters | California musicians | Hip hop record producers | People from the Bronx | New York City musicians

- This page was last modified 14:28, 2 November 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.





01. OUR OPERATORS ARE MASTURBATING
02. TRES
03. ALIENS
04. ANTS (featuring DJ Dexter)
05. DON'T WORRY AD-POP MUSIC
06. PERFECT WORLD
07. THE TURTLE SHIT
08. AL GREEN
09. A GORILLA DRIVING A PICK-UP TRUCK
10. GOT ANY KIDS?
11. EDGE-OR-OCTAGON
12. IT'S THE MORNING
13. JUMBO HAT
14. EAT IT (featuring Princess Superstar)

www.ccdinternational.com
lial@retryactinfo@netct
www.thereturnofdroctagon.com
www.onewattsun.com

℗ © 2005 CCD International
P.O. Box 34699, Los Angeles, CA 90039
Unauthorized duplication is a violation of applicable law.
All Rights Reserved. Printed in U.S.A. CD 9217

The Return of Dr. Octagon

CD 9217

DR. OCTAGON
THE RETURN

ONE WATT SUN

All lyrics written and performed by Kool Keith except "Eat It" written and performed by Kool Keith and Princess Superstar and
"Don't Worry Mz Pop Music" performed by Kool Keith and April McClellan. All music written, produced and performed by One Watt Sun.
Mixed by Mike Letho and One Watt Sun at Mike Letho Studios, Melbourne. Mastered by Nilesh Patel at The Exchange.
Additional mixing by Tomas Sochurek (Prague) and Frank Teraz (Melbourne). Photography by Michael Tullberg.
Design by Mario Campos, Brent Wadden and Argee Geroncio. Project Coordinator April McClellan.
Thanks to "Sailor" Bob Adamson, Kirstin Berg, the Letho family, John Vaughn and his dog Moby, and Jimmy Wilkinsound.



P.O. Box 20459, Los Angeles, CA 90039
Unauthorized duplication is a violation of applicable laws.
℗© 2006 OCD International
All Rights Reserved. Printed in U.S.A. CD 9211
www.ocdinternational.com

DR. OCTAGON/THE RETURN OF

OCD international
CD 9211



01. OUR OPERATORS ARE MASTURBATING

02. TRE?

03. ALIENS

04. ANTS (Featuring DJ Dex

05. DON'T WORRY M≳ POP MUSIC
06. PERFECT WORLD

07. THE TURTLE SKIT
08. AL GREEN

09. A GORILLA DRIVING A PICK-UP TRUC

10. GOT ANY KIDS?
11. DOCTOR OCTAGON
12. IT'S THE MORNING

13. JUMPST

14. EAT IT (Featuring Princess Supers

