AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 01/04/08

Name of SERVER: Joshua Alexander

TITLE:

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:
CMH RECORDS, INC. (Norman Dehn - Manager)
1800 CENTURY PARK E, 8th Floor
LOS ANGELES, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/07/08
Date

Signature of Server
A+ Attorney Services
3730 12th St
Riverside, CA 92501
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure