Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
JEFFREY P. JOHNSON aka Fanatik J, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. JOHNSON aka Fanatik J, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-06476 MJJ<br><br>**CONSENT TO ASSIGNMENT** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United District Judge.

Dated: 1-25-08     By:  _____
                        RAY K. SHAHANI
                        ATTORNEY AT LAW
                        Ray K. Shahani, Esq.
                        Attorney for Plaintiff

# PROOF OF SERVICE

I, Leo Lai, declare:

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 477 Ninth Avenue, Suite 112, San Mateo, California 94402. I am personally familiar with the business practice of Ray K. Shahani, Attorney at Law. On __January 25, 2008__, I served the following document(s):

1. **CONSENT TO ASSIGNMENT**

by sending electronic mails to the following parties:

Scott D. Harrington, Esq.
Harrington Music Law Group
2001 Wilshire Blvd #400
Santa Monica, CA 90403
Email: sharrington@sdhmusiclaw.com

\_\_\_\_\_ (By First Class Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.

\_\_\_\_\_ (By Express Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.

\_\_\_\_\_ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

\_\_\_\_\_ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (By Electronic Mail) I caused each document to be sent by Electronic Mail to the email address(es) indicated above.

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that is declaration was executed at San Mateo, California.

DATED: January 25, 2008                               /Leo Lai/
                                                                         Leo Lai