ALLEN B. GRODSKY (SBN 111064)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com (e-mail)

Attorneys for Defendants
CMH Records, Inc.
and Vitamin Records, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. JOHNSON aka Fanatik J, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV07-6476 <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

The parties stipulate that the time for Defendants CMH Records, Inc., dba OCD International and Vitamin Records LLC to respond to the complaint in this action shall be extended to and including February 22, 2008.

This extension of time complies with the requirements of Local Rule 6-1(a) and will not alter the date of any event or deadline already fixed by the Order Setting Initial Case Management Conference.

Dated: January 25, 2008                    GRODSKY & OLECKI LLP

                                           By _____/Allen B. Grodsky/_____
                                                  Allen B. Grodsky

                                           Attorneys for Defendants CMH Records, Inc. and Vitamin Records, LLC.

Dated: January 25, 2008                    RAY K. SHAHANI, ESQ.

                                           _____/Ray K. Shahani/_____

                                           Attorneys for Plaintiff Jeffrey P. Johnson, aka Fanatik J

I, Allen B. Grodsky, hereby attest that I have obtained concurrence in the filing of this document from the other signatory.

                                           /Allen B. Grodsky/