1  ALLEN B. GRODSKY (SBN 111064)
   GRODSKY & OLECKI LLP
2  2001 Wilshire Blvd., Ste. 210
   Santa Monica, California 90403
3  310.315.3009 (phone)
   310.315.1557 (fax)
4  allen@grodsky-olecki.com (e-mail)

5  Attorneys for Defendants
   CMH Records, Inc.
6  and Vitamin Records, LLC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JEFFREY P. JOHNSON aka Fanatik J, an  )  Case No. CV07-6476
   individual,                           )
12                                       )
              Plaintiff,                 )
13                                       )  **STIPULATION EXTENDING
                                         )  TIME TO RESPOND TO THE
14     v.                                )  COMPLAINT**
                                         )
15                                       )  AND ORDER
   CMH RECORDS, INC., a California       )
16 corporation dba OCD INTERNATIONAL,    )
   Vitamin Records, LLC, a California    )
17 Limited Liability Company and DOES 1  )
   through 100, inclusive,               )
18                                       )
              Defendants.                )
19 _____ )

20

21      The parties stipulate that the time for Defendants CMH Records, Inc., dba OCD

22 International and Vitamin Records LLC to respond to the complaint in this action

23 shall be extended to and including February 22, 2008.

24

1  This extension of time complies with the requirements of Local Rule 6-1(a) and
2  will not alter the date of any event or deadline already fixed by the Order Setting
3  Initial Case Management Conference.

Dated:   January 25, 2008           GRODSKY & OLECKI LLP

                                    By _____/Allen B. Grodsky/_____
                                          Allen B. Grodsky

                                    Attorneys for Defendants CMH Records,
                                    Inc. and Vitamin Records, LLC.

Dated:   January 25, 2008           RAY K. SHAHANI, ESQ.

                                    _____/Ray K. Shahani/_____

                                    Attorneys for Plaintiff Jeffrey P. Johnson,
                                    aka Fanatik J

I, Allen B. Grodsky, hereby attest that I have obtained concurrence in the filing of this document from the other signatory.

                    /Allen B. Grodsky/



IT IS SO ORDERED
Judge Martin J. Jenkins
1/28/2008
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA