ALLEN B. GRODSKY (SBN 111064)
ZACHARY ROTHENBERG (SBN 215404)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com (e-mail)
zachary@grodsky-olecki.com (e-mail)

Attorneys for Defendants
CMH Records, Inc.
and Vitamin Records, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. JOHNSON aka Fanatik J, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. C 07-06476 VRW<br><br>The Honorable Vaughn R. Walker<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:

Keith Thornton                                Author/co-author of copyrighted works at issue

Dated:   February 22, 2008                    GRODSKY & OLECKI LLP
                                              Allen B. Grodsky
                                              Zachary Rothenberg


                                              By _____/Allen B. Grodsky/_____
                                                    Allen B. Grodsky

                                              Attorneys for Defendants CMH Records,
                                              Inc. and Vitamin Records, LLC.