**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : May 1, 2008

**C 07-6476 VRW**     Jeffrey P. Johnson aka Fanatik J  v  CMH Records, Inc et al

Attorneys : For Plaintiff(s):  Ray Shahani

For Defendant(s):   Zach Rothenberg


Deputy Clerk: Cora Klein                    Reporter: not reported

PROCEEDINGS:                                RULING:
1. _____          _____
2. _____          _____
3. _____          _____

Case Management Conference - Held

ADR to be used: ENE to be completed by :  7/21/2008

Fact Discovery Cutoff: 9/26/08           Designation of Experts/Reports:  12/1/08
Rebuttal Expert/Report:  12/15/08        Experts Discovery Cutoff:  01/28/09

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:   November 6, 2008 at 2:30 p.m.
File Motion:                   Opposition:                    Reply:

PRETRIAL CONFERENCE:  January 15, 2009  at 3:30 pm

TRIAL DATE:  February 2, 2009  at 8:30 a.m.        Jury - 5 days



Order to be prepared by:    Plntf_____    Deft_____    Court_x_