<div style="sidebar">United States District Court
Northern District of California</div>

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| Johnson, | 07-06476 VRW ENE |
|---|---|
|     Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| CMH Records, Inc., | |
|     Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Michael Barclay**
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> 650-493-9300

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06476 VRW ENE         - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: May 7, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

---

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov