**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050

PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

May 9, 2008

*Via E-mail / Confirmation by U.S. Mail*

Ray K. Shahani, Esq.                                          E-mail: rks@attycubed.com
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854

Allen B. Grosdky, Esq.                                        E-mail: allen@grodsky-olecki.com
Zachary Rothenberg, Esq.                                      E-mail: zachary@grodsky-olecki.com
GRODSKY & OLECKI, LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403

     **Re:** *Jeffrey P. Johnson (a.k.a. Fanatik J) v. CMH Records, Inc., et al.*
          N.D. Cal. Case No. C 07-06476 VRW ENE

Dear Counsel:

    As you know, I have been appointed by the District Court to serve as the evaluator in this case under the court's Early Neutral Evaluation (ENE) program. Please be sure to review carefully ADR L.R. 5 which governs the ENE program. Enclosed with the confirmation copy of this letter are a resume describing my professional experience, and a list of representative intellectual property cases.

    Pursuant to ADR L.R. 5-7, I will conduct a phone conference with all counsel before the formal evaluation session to discuss the following:

- the procedures to be followed;

- the nature of the cases;

- appropriate dates for the ENE session;

- the parties who will be present at the session and other procedural matters;

- ideas to improve the effectiveness of the ENE session or matters that could pose impediments;

3354338_1.DOC

AUSTIN     NEW YORK     PALO ALTO     SAN DIEGO     SAN FRANCISCO     SEATTLE     SHANGHAI     WASHINGTON, D.C.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

*Johnson v. CMH Records, et al.*
May 9, 2008
Page 2

- requirements for your written ENE statements; and

- any questions you might have about the ENE program.

   I anticipate that the telephone conference will last approximately one-half hour. My secretary will call each of you in the next few days to determine your availability for the telephone conference, which I hope to conduct shortly. Before the telephone conference, please ascertain from your clients a selection of dates upon which the ENE session may be conducted.

   My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b). I am not presently aware of any circumstances that would compromise my impartiality or the appearance of impartiality; I should know by the time of our phone call whether there are any waiveable conflicts to be disclosed to you. At the moment there do not appear to be any such conflicts.

   I look forward to assisting you on this case.

                                   Sincerely,

                                   WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

                                   *Michael Barclay*

                                   Michael Barclay

MB/sh

cc:   Ms. Alice M. Fiel
      ADR Case Administrator
      Email: Alice_Fiel@cand.uscourts.gov

3354338_1.DOC