

650 Page Mill Road
Palo Alto, CA 94304-1050

PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

May 21, 2008

*Via E-mail / Confirmation by U.S. Mail*

Ray K. Shahani, Esq.                                    E-mail: rks@attycubed.com
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California  94402-1854


Allen B. Grodsky, Esq.                                  E-mail: allen@grodsky-olecki.com
Zachary Rothenberg, Esq.                                E-mail: zachary@grodsky-olecki.com
GRODSKY & OLECKI, LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California  90403

   Re: *Jeffrey P. Johnson (a.k.a. Fanatik J) v. CMH Records, Inc., et al.*
     N.D. Cal. Case No. C 07-06476 VRW ENE

Dear Counsel:

  This will confirm that we have scheduled the ENE session in this case for July 2, 2008.

  We will meet at my offices at Wilson Sonsini Goodrich & Rosati, 601 California Avenue, Palo Alto, California, beginning at 10:30 a.m.  (Our 601 California building is located one block west of El Camino Real; California Avenue is one traffic signal north of Oregon Expressway/ Page Mill Road.  Please call my secretary, Stephanie Huckaby, if you need additional instructions; directions are available on our website at www.wsgr.com.)  We agreed to keep the whole day available to allow the session to continue as long as it is being productive.

  Please make sure that the written statements described in ADR L.R. 5-8 and 5-9 are served and delivered to me by June 25, 2008.  Please include any key documents you feel I should read.  The more focused the written statements are regarding the facts and legal issues in the case, the better prepared we all will be and the more meaningful our ENE session will be.

  As we discussed, the principal issues to be evaluated at the session will include copyright ownership; joint ownership; conversion; implied license; damages; and willfulness/intent.

  I will provide a CD player, and can provide an overhead or LCD projector or other audiovisual devices if you need them, and will provide lunch.  Also, please remember to arrange for attendance by your clients' representatives.  The ENE statements should identify these

3363564_1.DOC

AUSTIN NEW YORK PALO ALTO SAN DIEGO SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, D.C.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

*Johnson v. CMH Records, et al.*
May 21, 2008
Page 2


representatives.  Please prepare for the session by discussing each of the following items with your clients:

- the strengths and weaknesses of your case;
- the probable outcome if the case proceeds to trial;
- your plans for discovery and motions;
- your client's goals, needs and priorities;
- your client's best and worst alternatives to a negotiated settlement; and
- your estimated budget to litigate the case through trial.

I will donate my preparation time and the first day of the session.  After that, if you all agree to continue to another day, I may charge the court-set rate of $200 per hour under ADR L.R. 5-3(b).  I look forward to assisting you on this case.

                Sincerely,

                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation

                *Michael Barclay*

                Michael Barclay

MB/sh

cc:    Ms. Alice M. Fiel
       ADR Case Administrator
       Email: Alice_Fiel@cand.uscourts.gov