1 | Ray K. Shahani, Esq. SBN 160,814
  | Attorney at Law
2 | Twin Oaks Office Plaza
  | 477 Ninth Avenue, Suite 112
3 | San Mateo, California 94402-1854
  | Telephone: (650) 348-1444
4 | Facsimile: (650) 348-8655

5 | Attorney for Plaintiff
  | JEFFREY P. JOHNSON aka Fanatik J, an individual
6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | JEFFREY P. JOHNSON aka Fanatik J, an individual   |   Case No: C07-06476 VRW
10 |
   |   STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT
11 | Plaintiff,
12 | vs.
13 | CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL,
   | Vitamin Records, LLC, a California Limited
14 | Liability Company and DOES 1 through 100, inclusive,
15 |
16 | Defendants.

17

18 | IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19 | attorneys of record that Plaintiff may file the FIRST AMENDED COMPLAINT, a copy of which
20 | is attached hereto.
21 | IT IS FURTHER STIPULATED that counsel for Defendants shall accept service of the
22 | FIRST AMENDED COMPLAINT and shall have 20 days to respond to the FIRST AMENDED
23 | COMPLAINT.
24 | ///
25
26
27
28

1  Respectfully submitted,

2

3                                          RAY K. SHAHANI
                                           ATTORNEY AT LAW
4  Dated: 7-30-2008    By: _____
                                           Ray K. Shahani, Esq.
5                                          **Attorney for Plaintiff Fanatik J**

6

7                                          GRODSKY & OLECKI, LLP

8  Dated: 7/30/08    By: _____
                                           Zachary Rothenberg, Esq.
                                           **Attorney for Defendants**
9
                                           ALLEN B. GRODSKY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Filing First Amended Complaint

FANATIKJ v. CMH et al.                                    Page 2 of 2
                                          v. Stip1stAmendedComp 073008-1.wpd

**Grodsky & Olecki LLP**  2001 Wilshire Blvd.
Suite 210
Santa Monica
CA 90403-5627

P: 310 315-3009
F: 310 315-1557

7073-001

July 30, 2008

## BY E-MAIL AND U.S. MAIL

Ray K. Shahani, Esq.
Twin Oaks Office Plaza
477 Ninth Ave., Suite 112
San Mateo, CA 94402-1858

    Re:   <u>CMH adv. Johnson</u>

Dear Ray:

    Please find enclosed the executed stipulation for filing of a First Amended Complaint, which I understand you will file with the Court.

    Please let me know if you have any questions about this.

Very truly yours,

Allen B. Grodsky

ABG:mdw
Encl.
cc:   Zachary Rothenberg, Esq. (w/o encl.)