ALLEN B. GRODSKY (SBN 111064)
ZACHARY ROTHENBERG (SBN 215404)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com (e-mail)
zachary@grodsky-olecki.com (e-mail)

Attorneys for Defendants
CMH Records, Inc., dba OCD International,
and Vitamin Records, LLC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. JOHNSON aka Fanatik J, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 07-06476 VRW <br><br> The Honorable Vaughn R. Walker <br><br> [PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE ON DISPOSITIVE MOTIONS <br><br> [STIPULATION TO CONTINUE HEARING DATE ON DISPOSITIVE MOTIONS FILED CONCURRENTLY] |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT** the hearing date of all dispositive motions be continued from November 6, 2008 at 2:30 p.m. to ~~December 11, 2008~~ January 29, 2009 at 2:30 p.m.

Date: 10/15/08

Hon. 
Judge Vaughn R Walker
GRANTED

Proposed Order Re Stip re Continuing MSJ Hearing Date
Johnson v. CMH, et al.

-2-    Case No. C 07-06476 VRW