| | |
|---|---|
| 1 | Ray K. Shahani, Esq. SBN 160,814 |
| | Attorney at Law |
| 2 | Twin Oaks Office Plaza |
| | 477 Ninth Avenue, Suite 112 |
| 3 | San Mateo, California 94402-1854 |
| | Telephone: (650) 348-1444 |
| 4 | Facsimile: (650) 348-8655 |
| | rks@attycubed.com |
| 5 | Attorney for Plaintiff |
| | JEFFREY P. JOHNSON aka Fanatik J, an individual |
| 6 | |
| | ALLEN B. GRODSKY (SBN 111064) |
| 7 | ZACHARY ROTHENBERG (SBN 215404) |
| | GRODSKY & OLECKI LLP |
| 8 | 2001 Wilshire Blvd., Ste. 210 |
| | Santa Monica, California 90403 |
| 9 | Telephone: (310) 315-3009 |
| | Facsimile: (310) 315-1557 |
| 10 | allen@grodsky-olecki.com (e-mail) |
| | zachary@grodsky-olecki.com (e-mail) |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. JOHNSON aka Fanatik J, an individual | Case No: C07-06476 VRW |
| | The Honorable Vaughn R. Walker |
| Plaintiff, | |
| vs. | |
| | STIPULATION RE: DISMISSAL WITH PREJUDICE |
| CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

Stipulation Re: Dismissal with Prejudice and [Proposed] Order
FANATIKJ v. CMH et al.

Page 1 of 4
v. StipDismissal 011409-1.wpd

|     |                                                                                           |
|-----|-------------------------------------------------------------------------------------------|
| 1   | The parties will bear their own attorney's fees and costs of suit.                        |
| 2   |                                                                                           |
| 3   | Date: _____January 14, 2009_____ Plaintiff's Counsel  _____[signature]_____               |
|     |                                                                                Signature |
| 4   |                                                                                           |
| 5   | Plaintiff's Counsel  __Ray K. Shahani, Esq.__                                             |
|     |                                          Printed Name                                     |
| 6   | Attorney for Plaintiff JEFFREY P.                                                         |
|     | JOHNSON aka Fanatik J, an                                                                 |
| 7   | individual                                                                                |

        Date: _____          Defendants' Counsel  _____
                                                                      Signature

                                          Defendants' Counsel    __Allen B. Grodsky, Esq.__
                                                                        Printed Name
                                          Attorneys for Defendants CMH
                                          Records, Inc. and Vitamin Records,
                                          LLC.

        I, Ray K. Shahani, hereby attest that I have obtained concurrence in the filing of this document from the other signatory.

        Date: _____January 14, 2009_____  Plaintiff's Counsel  _____[signature]_____
                                                                      Signature

                                          Plaintiff's Counsel    __Ray K. Shahani, Esq.__
                                                                        Printed Name
                                          Attorney for Plaintiff JEFFREY P.
                                          JOHNSON aka Fanatik J, an
                                          individual

        ///

|   |   |   |   |
|---|---|---|---|

The parties will bear their own attorney's fees and costs of suit.

Date: <u>January 14, 2009</u>    Plaintiff's Counsel    _____
                                                          Signature

                                 Plaintiff's Counsel    <u>Ray K. Shahani, Esq.</u>
                                                          Printed Name
                                                        Attorney for Plaintiff JEFFREY P.
                                                        JOHNSON aka Fanatik J, an
                                                        individual

Date: <u>Jan. 14, 2009</u>    Defendants' Counsel    _____
                                                          Signature

                                 Defendants' Counsel    <u>Zachary Rosenberg</u>
                                                          Printed Name
                                                        Attorneys for Defendants CMH
                                                        Records, Inc. and Vitamin Records,
                                                        LLC.

I, Ray K. Shahani, hereby attest that I have obtained concurrence in the filing of this document from the other signatory.

Date: <u>January 14, 2009</u>    Plaintiff's Counsel    _____
                                                          Signature

                                 Plaintiff's Counsel    <u>Ray K. Shahani, Esq.</u>
                                                          Printed Name
                                                        Attorney for Plaintiff JEFFREY P.
                                                        JOHNSON aka Fanatik J, an
                                                        individual

///

Stipulation Re: Dismissal with Prejudice and [Proposed] Order
FANATIKJ v. CMH et al.
Page 2 of 4
v. StipDismissal 011409-1.wpd

| | |
|---|---|
| 1 | Ray K. Shahani, Esq. SBN 160,814<br>Attorney at Law |
| 2 | Twin Oaks Office Plaza<br>477 Ninth Avenue, Suite 112 |
| 3 | San Mateo, California 94402-1854<br>Telephone: (650) 348-1444 |
| 4 | Facsimile: (650) 348-8655<br>rks@attycubed.com |
| 5 | Attorney for Plaintiff<br>JEFFREY P. JOHNSON aka Fanatik J, an individual |
| 6 | |
| 7 | ALLEN B. GRODSKY (SBN 111064)<br>ZACHARY ROTHENBERG (SBN 215404) |
| 8 | GRODSKY & OLECKI LLP<br>2001 Wilshire Blvd., Ste. 210 |
| 9 | Santa Monica, California 90403<br>Telephone: (310) 315-3009 |
| 10 | Facsimile: (310) 315-1557<br>allen@grodsky-olecki.com (e-mail) |
| 11 | zachary@grodsky-olecki.com (e-mail)<br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. JOHNSON aka Fanatik J, an individual | Case No: C07-06476 VRW |
| | The Honorable Vaughn R. Walker |
| Plaintiff, | |
| vs. | |
| | [~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |
| CMH RECORDS, INC., a California corporation dba OCD INTERNATIONAL, Vitamin Records, LLC, a California Limited Liability Company and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

Date: January 20, 2009

[Signature of Judge Vaughn R. Walker]
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]

Stipulation Re: Dismissal with Prejudice and [Proposed] Order
FANATIKJ v. CMH et al.
Page 3 of 4
v. StipDismissal 011409-1.wpd

# PROOF OF SERVICE

I, Leo Lai, declare:

I am a law clerk for the offices of Ray Shahani in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 477 Ninth Avenue, Suite 112, San Mateo, California 94402. I am personally familiar with the business practice of Ray K. Shahani, Attorney at Law. On <u>January 14, 2009</u>, I served the following document(s):

1. STIPULATION RE: DISMISSAL WITH PREJUDICE AND **[PROPOSED]** ORDER DISMISSING CASE WITH PREJUDICE

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

Mr. Allen B. Grodsky, Esq.
Mr. Zachary Rothenberg, Esq.
Grodsky & Olecki, LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
Phone: 310.315.3009
Fax: 310.315.1557
allen@grodsky-olecki.com
Zachary@grodsky-olecki.com

____ (By First Class Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.

____ (By Express Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ray K. Shahani, Attorney at Law.

____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

__X__ (By Electronic Mail) I caused each document to be sent by Electronic Mail to the email address(es) indicated above.

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that is declaration was executed at San Mateo, California.

DATED: January 14, 2009

_/s/ Leo Lai_

Stipulation Re: Dismissal with Prejudice and [Proposed] Order
FANATIKJ v. CMH et al.

Page 4 of 4
v. StipDismissal 011409-1.wpd